**People of the State of Illinois, Plaintiff-Appellee, v. James Martin, Defendant-Appellant.**

Gen. No. 53,629.

First District, Second Division.

April 21, 1970.

Sherman, Schachtman & Stein, of Chicago (Jack G. Stein, Albert Brooks Friedman, and Gerald Nussbaum, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Thomas Holum, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE McCORMICK. **Not to be published in full.**